IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JAMES ALPHONSO MOORE, #1072031    §

VS.            §       CIVIL ACTION NO. 4:10cv197

DIRECTOR, TDCJ-CID      §

ORDER OF DISMISSAL

   The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush.  The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the court.  It is therefore

   **ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** with prejudice.  A certificate of appealability is **DENIED**.  All motions by either party not previously ruled on are hereby **DENIED**.

      **SIGNED this the 21st day of August, 2013.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE